UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>BENJAMIN MCCARTY,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:16-CR-327 JCM (GWF)<br><br>ORDER |

　　　Presently before the court is the matter of *USA v. McCarty*, case number 2:16-cr-00327-JCM-GWF-1.

　　　On January 4, 2017, the magistrate judge granted defendant Benjamin McCarty's motion to continue motion dates and trial. (ECF No. 14). Pursuant to that order, pretrial motions and notices of defense are now due by March 17, 2017. (ECF No. 14).

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the jury trial currently scheduled for January 23, 2017, at 9:00 a.m. be, and the same hereby is, VACATED and CONTINUED to **Monday, April 24, 2017, at 9:00 a.m.**

　　　IT IS FURTHER ORDERED that the parties shall appear for calendar call on **Wednesday, April 19, 2017, at 1:30 p.m**.

　　　DATED January 4 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**